IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**CHRISTOPHER REGINALD REYNOLDS**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:22-CV-3034**

**APRN TAMMY GLENN, Staff Nurse; and**
**CORPORAL JODY POYNER**                                                   **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on August 4, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the claims against Corporal Jody Poyner are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915A(b).

**IT IS SO ORDERED** on this 23rd day of August, 2022.

                                                     */s/ Timothy L. Brooks*
                                                     TIMOTHY L. BROOKS
                                                     UNITED STATES DISTRICT JUDGE