IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRISTOPHER REGINALD REYNOLDS                                         PLAINTIFF

v.                    Civil No. 3:22-cv-03034-TLB-MEF

APRN TAMMY GLENN, Staff Nurse                                         DEFENDANT

## ORDER

**To:   Sheriff Roy Martin, Boone County Sheriff's Office/Boone County Detention Center,** 5800 Law Drive, Harrison, AR 72601.

Plaintiff has filed a Motion (ECF No. 30) asking for the Court to assist him in obtaining envelopes so that he may mail discovery requests and/or responses to Defendant's counsel. Plaintiff indicates he can no longer obtain these envelopes through commissary. The Motion (ECF No. 30) is **GRANTED.**

Sheriff Martin you, or your designee, are directed to ensure that the Plaintiff Christopher R. Reynolds has a sufficient supply of envelopes so he may mail his discovery requests and/or responses and other legal documents to defense counsel or the Court.

The Clerk is directed to serve Sheriff Martin with this Order by certified mail return receipt requested.

IT IS SO ORDERED this 16th day of March 2023.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE